ANDREA T. MARTINEZ, United States Attorney (9313)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**MAR 0 8 2022**

DR. KIMBERLY A. FREE, CLERK
BY_____
DEPUTY CLERK

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  4:22-MJ-00036 |
| Plaintiff, | FELONY COMPLAINT |
| vs. | VIOLATION: |
| PRESTON AARON MASHBURN, | COUNT I:  21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute. |
| Defendant. | |

Before the Honorable Paul Kohler, United States Magistrate Judge for the District

of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about January 26, 2022, in the District of Utah,

1

**PRESTON AARON MASHBURN,**

defendant herein, did knowingly and intentionally possess with intent to distribute

methamphetamine, a Schedule II controlled substance, as defined in 21 U.S.C. § 812, in

violation of 21 U.S.C. § 841(a)(1) and punishable under 21 U.S.C. § 841(b)(1)(C).

## AFFIDAVIT IN SUPPORT OF FELONY COMPLAINT

I, Brock Aldred, the undersigned affiant states the following is true and correct to

the best of my knowledge and belief:

1.      I am a Detective of the Washington County Drug Task Force (WCDTF)

and have been employed with the St. George Police Department since May 2017. I

graduated from the Utah Police Officer Standards and Training (POST) academy at

which time I was trained in multiple aspects of investigation, impairment recognition, and

other law enforcement related duties. I have completed the Basic Drug Investigation

course in Salt Lake City, Utah in February 2021. Based on my training and experience as

a narcotics agent, I am familiar with the methods and practices of trafficking in illegal

drugs and in the transportation, concealing, and distribution of those illegal drugs.

2.      I am familiar with an investigation of Preston Mashburn, conducted by

officers of the St. George Police Department (SGPD).

3.      On January 21, 2022, SGPD officers contacted Mashburn at his residence

and arrested him for an assault that occurred the day before. Mashburn was transported to

Purgatory Correctional Facility (PCF) and booked into jail. Mashburn was later released.

4.      In following up with the assault investigation, a SGPD officer sought and

received a State of Utah search warrant for Mashburn's Toyota 4Runner and Mashburn's room and common areas of his residence. Officers executed that warrant on January 26, 2022, after seeing Mashburn leave the residence in the 4Runner. Mashburn was the driver, and an adult female was the passenger.

5.     Officers searched the residence pursuant to the state search warrant. Officers made contact with Mashburn's mother, who also resides at the house, and she pointed out Mashburn's room and an adjacent room that was described as Mashburn's storage room. Both rooms were locked but officers were able to open the lock on both doors with a key on the keychain belonging to Mashburn.

6.     Inside Mashburn's bedroom, officers located a large amount of drug paraphernalia with drug residue, ammunition, gun magazines, used syringes and other items including empty plastic baggies, rubber bands, and at least two small digital scales. Officers also located a gray backpack in the bedroom that contained a Glock handgun, a plastic baggie containing a large amount of suspected methamphetamine, and a cell phone. Officers weighed and field tested the methamphetamine; it tested positive as methamphetamine and weighed approximately 48.24 grams. Another cell phone was also located as part of the search.

7.     Mashburn was transported to PCF and a small amount of suspected methamphetamine was located in one of Mashburn's pockets. Officers obtained a state search warrant for the two cell phones located and had the contents downloaded for review. There are messages about conducting drug transactions and at least one photo of

3

a Glock handgun.

8.    I have based this Complaint on my own experience and observations, along with a review of information pertaining to this investigation.

Based on the foregoing information, I respectfully request that a warrant of arrest be issued for PRESTON AARON MASHBURN for a violation of 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute.

DATED this __8__ day of MARCH, 2022.

BROCK ALDRED, Detective
St. George Police Department

SUBSCRIBED AND SWORN TO before me this __8th__ day of MARCH, 2022.

PAUL KOHLER
United States Magistrate Judge

ANDREA T. MARTINEZ
Assistant United States Attorney

BRADY WILSON
Assistant United States Attorney

4